United States District Court
Southern District of Texas
**ENTERED**
August 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMUEL ERNESTO VIOLATOR REYES, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-4126 |
| WARDEN, JOE CORLEY PROCESSING CENTER, *et al.* | § § § | |
| Respondents. | § § § | |

## ORDER OF DISMISSAL

Petitioner Samuel Ernesto Violator Reyes filed this petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE). Through counsel, the petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. 1). On June 30, 2026, the court ordered the respondents to answer and ordered the respondents to notify petitioner's counsel and the Court of any anticipated or planned transfer or removal of the petitioner at least five (5) days before any such transfer (Dkt. 4).

On July 10, 2025, the respondents filed a motion to dismiss as moot (Dkt. 5) and state that the petitioner was removed from the United States on May 26, 2026, the day after he filed his petition and before this Court entered an order. The petitioner responded (Dkt. 6) and requests jurisdictional discovery or supplemental briefing regarding whether the respondents were aware of the petition in this Court before removing him. However, because the petitioner is no longer in the respondents' custody, the habeas relief sought by

1 / 2

the petitioner is moot. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990).

The Court **ORDERS** that this habeas action is **DISMISSED as moot.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____August 7_____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE